IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-240-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**NANCY FLEMING,**

       Defendant.

# MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is set for **August 24, 2011 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: July 28, 2011